# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW A. MISHAK, | ) | CASE NO. 1:17CV1543 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| SCOTT F. SERAZIN, et al.,, | ) | |
| | ) | |
| | ) | **JUDGMENT** |
| Defendants. | ) | |
| | ) | |

Consistent with this Court's contemporaneously filed Memorandum of Opinion and Order, judgment is entered in favor of Defendants Scott F. Serazin and the City of Elyria with respect to Plaintiff Matthew Mishak's federal claims. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims (i.e., Counts One, Two, Four, Six, Eight, and Ten) and hereby dismisses said claims without prejudice.

**IT IS SO ORDERED.**

                                                  *s/Jonathan D. Greenberg*
                                                  Jonathan D. Greenberg
                                                  United States Magistrate Judge

Date: October 30, 2018